MOHATTAN KHALILGARCasaahib for the Embassy of the Ihram.  MOHATTAN KHALILGARCasaahib for the Karachi EXIM in Abu Dhabi. AKSHAT COPEd. PROJECT GENERATOR AKSHAT COPEd. Akshat COPed.  SLEVAK SIR SOLIFOD SOLIFOD AP PMAN  AP PMAN AP BAK AP HA R AP BO AP SOLIFOD AP KAP AP SAPP AP SAK HED PAR AP SAPP PAP AP SO AP SO AP SAPP AP KPAP AP SAPP AP SAPP AP SAPP AP SO AP SO AP SO Okay. Thank you.